**DISMISS; and Opinion Filed February 13, 2017.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00022-CV

**ASWAN TRADING, Appellant**
**V.**
**MUSTAFEEN ABBAS, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-11338**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Schenck
Opinion by Justice Schenck

Before the Court is appellant's February 6, 2017 agreed motion to dismiss appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We order each party to bear its own cost, if any, of this appeal.

/DAVID J. SCHENCK/
DAVID J. SCHENCK
JUSTICE

170022F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ASWAN TRADING, Appellant

No. 05-17-00022-CV     V.

MUSTAFEEN ABBAS, Appellee

On Appeal from the 162nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-13-11338.
Opinion delivered by Justice Schenck, Justices Lang and Fillmore participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs, if any, of this appeal.

Judgment entered this 13th day of February, 2017.